**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO NUNEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S, INC., an Ohio corporation; MACY'S, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09111-MWF-GJS<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Based on the parties' Stipulation Requesting Remand to State Court and Plaintiff's Disclaimer of Damages in Excess of $74,999, and for good cause appearing, it is hereby ORDERED that this matter be and hereby is REMANDED to the Superior Court of California, County of Los Angeles (Case No. 21STCV37956), for lack of subject matter jurisdiction.

It is furthered ORDERED that all dates herein be, and hereby are, vacated and the case terminated.

**IT IS SO ORDERED.**

Dated: December 8, 2021

MICHAEL W. FITZGERALD
United States District Judge